Dismissed and Memorandum Opinion filed August 12, 2010.

 

 

In The

 

Fourteenth Court of
Appeals

____________

 

NO. 14-10-00475-CV

____________

 

RUBEN DELATORRE AKA AMG PLUMBING, Appellant

 

V.

 

JAMILAH EKPENA, Appellee

 



 

On Appeal from the County Civil Court
at Law No. 4

Harris County, Texas

Trial Court Cause No. 947970

 



 

M E M O R
A N D U M   O P I N I O N

This appeal is from a judgment signed April 13, 2010.  No
clerk=s record has been filed.  The clerk
responsible for preparing the record in this appeal informed the court that appellant
did not make arrangements to pay for the record.  In addition, appellant has
not paid the appellate filing fee and did not respond to this court’s notice
that the fee was past due.

On June 22, 2010, notification was transmitted to all parties
of the court's intention to dismiss the appeal for want of prosecution unless,
within fifteen days, appellant paid or made arrangements to pay for the record
and provided this court with proof of payment.  See Tex. R. App.
P. 37.3(b).[1]  No response was filed.

Accordingly, the appeal is ordered dismissed.

 

PER CURIAM

 

Panel consists of Chief Justice
Hedges and Justices Yates and Boyce. 









[1]  The
original notice was returned as undeliverable.  Appellant advised the court by
telephone of his new address, and the notice was re-sent to that address on
July 14, 2010.